IN THE MATTER OF THE PETITION OF JOHN J. ASTOR, TO VACATE
AN ASSESSMENT FOR PAVING FORTY-SIXTH STREET WITH TRAP
BLOCK PAVEMENT, ETC.

Where an assessment is imposed, under the provisions of the act " in rela-
tion to certain local improvements in the city of New York (chap. 580,
Laws of 1872), for repaving a street, upon property for which an assess-
ment has once been paid for paving the same street, in case the owner
was not a party to the 'requirement'" which set the commissioners in
motion, and was not heard before the commissioners, he is not prohibited
from asserting against the assessment any objection fatal to the proceed-
ings.   Such a case is expressly exempted from and is unaffected by the
general provision of section seven of said act, which prohibits the set-
ting aside of an assessment for irregularities, etc.

(Argued May 27, 1873 ; decided June 3, 1873.)

THIS was an appeal from an order of the General Term of
the Supreme Court in the first judicial department, affirming
an order of Special Term vacating an assessment upon certain
lots of the petitioner for paving Forty-sixth street from Ninth
avenue to the Hudson river.

The assessment was made under the provisions of chapter
580, Laws of 1872.   It appeared that the assessment was for
repaving, and an assessment for paving the same street had
been previously imposed upon the lots in question, and had
been paid; the ordinances and resolutions authorizing the
repavement were not published as required by law ; it was
claimed, however, that the petitioner was precluded by said
act from asserting these defects.   The opinion of Justice
DAVIS, who decided the motion at Special Term, and whose
opinion was adopted by this court, holds as above.

*E. Delafield Smith* for the appellant.

*Charles E. Miller* for the respondent.

Affirmed, on opinion of Justice DAVIS, at Special Term.
All concur, except GROVER, J., not voting.
Order affirmed.